UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**NOTICE OF CIVIL**
**CASES FOR TRIAL**

The following civil actions are set for trial before Judge Paul A. Magnuson at the U.S. Courthouse, Courtroom #2, Seventh Floor, 180 East Fifth St., St. Paul, Minnesota. These cases are scheduled for trial on and after **Monday, March 3, 2008 @ 9:00 A.M.** The cases are listed in the order in which they are expected to be tried.
Be aware, however, that your case may be called out of order, and that criminal trials take precedence over civil trials. **DO NOT REPORT UNTIL NOTIFIED BY THE CALENDAR CLERK.**

Counsel have the responsibility to stay in contact with other counsel as to the progress of all cases which are scheduled ahead of theirs. For the convenience of counsel, the names and telephone numbers of counsel in all cases are listed on the attached calendar. Your case will be tried as soon as possible and should be kept on a **"ready"** basis.

Counsel are directed to Local Rules for the District of Minnesota and the ECF Procedures Guide. Counsel should note in particular Local Rule 39 regarding Trial Practice. Original documents are to be filed on CM/ECF by Monday, February 25, 2008. Please submit two copies of all pretrial materials directly to Judge Magnuson's chambers, Room 730 Federal Building, 316 North Robert St., St. Paul, MN 55101 and one directly to Judge Magnusons e-mail box (magnuson_chambers@mnd.uscourts.gov). The proposed trial documents should be submitted in Word Perfect format. Use of this e-mail box does not constitute filing with CM/ECF, nor is it a replacement for filing. Counsel **MUST PREMARK ALL EXHIBITS** to be used or introduced at trial in the manner indicated in Rule 39.

Questions regarding the calendar may be directed to Suzanne M. Ruiz, Calendar Clerk to Judge Magnuson, 700 Federal Building, 316 North Robert St., St. Paul, Minnesota, 55101, (651) 848-1156.

Dated: January 28, 2008

*s/Suzanne M. Ruiz*
Suzanne M. Ruiz
Calendar Clerk to Judge Magnuson

## CIVIL   TRIAL   CALENDAR   BEFORE   JUDGE   MAGNUSON
_____

| 1. | Thomas A. Nuetzman | **JURY TRIAL** |
|---|---|---|
| | v.        Civil 06-2730 PAM/JSM | Re: Employment Discrimination |
| | Con-Way Transportation Services, Inc. | Elot: 4 Days |
| | For Plaintiff: Stephen C. Fiebiger | 746-5171 (952) |
| | For Defendant: Joseph G. Schmitt<br>              Nicole J. Druckrey | 338-1838 (612) |

_____

| 2. | Halimo M. Nur | **JURY TRIAL** |
|---|---|---|
| | v.        Civil 07-911 PAM/AJB | Re: FMLA |
| | Zipsort, Inc. | Elot: 3 or 4 Days |
| | For Plaintiff: Amy Walsh Kern<br>              Thomas J. Conley | 335-1500 (612) |
| | For Defendant: Barry A. O'Neil<br>              Diane M. Odeen<br>              Stacey A. DeKath | 339-8131 (612) |

## CIVIL TRIAL CALENDAR BEFORE JUDGE MAGNUSON

| | | | |
|---|---|---|---|
| 3. | Stephen P.B. Kranz, et al | | **JURY TRIAL** |
| | v. | Civil 06-3380 PAM/JSM | Re: Diversity/contract |
| | Paul Koenig, et al | | Elot: 4 Days |
| | For Plaintiff: Timothy J. Pramas | | 373-8545 (612) |
| | For Defendant: Brian N. Niemczyk | | 339-4295 (612) |
| | Steven H. Silton | | 333-3434 (612) |
| | Jamie R. Pierce | | |
| | Thomas J. Radio | | |
| 4. | Edina Couriers, LLC | | **COURT TRIAL** |
| | v. | Civil 06-691 PAM/JSM | Re: Diversity/contract |
| | Alpha Transportation Service, Inc. et al | | Elot: 1 Day |
| | For Plaintiff: David Gronbeck | | 573-3687 (612) |
| | For Defendant: Steven R. Hedges | | 767-0175 (612) |
| | James H. Gilbert | | 960-4200 (952) |
| 5. | Scott Malcolm, et al | | **COURT TRIAL** |
| | v. | Civil 06-4155 PAM/JSM | Re: ERISA |
| | Franklyn Drywall, Inc. et al | | Elot: 4 Days |
| | For Plaintiff: Amanda R. Cefalu | | 338-2525 (612) |
| | Pamela Hodges-Nisson | | |
| | For Defendant: Daniel R. Wachtler | | 977-8252 (612) |
| | John C. Hauge | | 977-8743 (612) |