# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Stephen P.B. Kranz, Donal R. Parks, and Round Table Properties-MN L.L.C., | Court File No. 06-CV-3380 (PAM/JSM) |
| Plaintiffs, | |
| vs. | |
| Paul Koenig, a Minnesota resident, Michelle Koenig, a Minnesota resident, Pamiko Properties, LLC, a Minnesota limited liability company, and MarkLee Construction, LLC, a Minnesota limited liability company, | **ORDER APPROVING STIPULATION AND FOR DISMISSAL OF MICHELLE KOENIG WITH PREJUDICE** |
| Defendants. | |

This matter came before the Court on Stipulation for Order of Dismissal with Prejudice by Stephen P.B. Kranz, Donal R. Parks, and Round Table Properties – MN L.L.C. (collectively referred to as "Plaintiffs"), and Michelle Koenig, through their undersigned counsel.

Based on the Stipulation, the Court's file and the Court having been fully informed,

IT IS HEREBY ORDERED:

1. The Stipulation is approved.

2. Michelle Koenig is hereby dismissed from this action with prejudice.

3. Plaintiffs and Michelle Koenig are to bear their own costs and fees incurred in this matter.

BY THE COURT:

Dated: June  9 , 2008

s/Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge